**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION**

In re:

                                 **Case No. 15-18814-JFS**

**TAMARA J. BOSSERMAN,**

      **DEBTOR.**

**NOTICE OF APPEARANCE**

The undersigned hereby appears in these Chapter 13 Bankruptcy Proceedings as Counsel for Wells Fargo Bank, N.A., and requests that Samuel I. White, P.C. be placed upon the mailing list of those Creditors, parties in interest and Counsel who receive all Notices in these proceedings.

                    Respectfully submitted,

                    **SAMUEL I. WHITE, P.C.**

                    By: **/s/KIMBERLY B. LANE**
                    Randa S. Azzam, Esquire, Bar No. 22474
                    John E. Driscoll, Esquire, Bar No. 17161
                    Robert A. Jones, Esquire, Bar No.18707
                    Kimberly B. Lane, Esquire, Bar No. 18513
                    Daniel J. Pesachowitz, Esquire, Bar No. 14906
                    Deena Reynolds, Esquire, Bar No. 11414
                    Douglas S. Rubin, Esquire, Bar No. 18644
                    Samuel I. White, P. C.
                    611 Rockville Pike
                    Suite 100
                    Rockville, MD 20852
                    Tel: (301) 804-3400
                    Fax: (301) 838-1954
                    kbritt@siwpc.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served by regular mail or email this 26th day of June, 2015 on all necessary parties including Nancy Spencer Grigsby, Trustee, 4201 Mitchellville Road, Suite 401, Bowie, MD 20716; Richard J. Hackerman, Counsel for Debtor, 116 W. University Pkwy, Ste. 102, Baltimore, MD 21210; and Tamara J. Bosserman, Debtor, 2 Reef Court, Sparrows Point, MD 21219.

                    **/s/KIMBERLY B. LANE**
                    Kimberly B. Lane, Esquire
                    Samuel I. White, P. C.